# United States Court of Appeals

### For the Eighth Circuit

_____

No. 20-1665

_____

Bernard Fraction,

*Plaintiff - Appellant,*

v.

Douglas County Attorney's Office; Theresia M. Urich; Douglas County
Treasurer's Office; John W. Ewing, Jr., Treasurer; Director of Public Properties;
Dennis Rookstool; Tim Dolan; Richard G. Kopf,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: September 28, 2020
Filed: October 1, 2020
[Unpublished]

_____

Before COLLOTON, BENTON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Bernard Fraction appeals after the district court[1] dismissed his complaint for lack of subject matter jurisdiction. It is the plaintiff's burden to establish the district court's subject matter jurisdiction, and, on appeal, we review its existence de novo. *See Newcombe v. United States*, 933 F.3d 915, 917 (8th Cir. 2019). On careful review of the record and Fraction's arguments on appeal, we conclude that the district court properly determined that it lacked subject matter jurisdiction to consider the complaint.

The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

—————————————————————

[1]The Honorable John M. Gerrard, Chief Judge, United States District Court for the District of Nebraska.